# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMINENCE FUND LONG MASTER, LTD.; EMINENCE FUND MASTER, LTD.; EMINENCE FUND II MASTER, LP; EMINENCE PARTNERS LONG II, LP; EMINENCE FUND LEVERAGED MASTER, LTD.; EMINENCE PARTNERS, L.P.; EMINENCE PARTNERS II, L.P., <br><br>      Plaintiffs, <br> vs. <br><br>PEGASYSTEMS INC., ALAN TREFLER AND KENNETH STILLWELL, <br><br>      Defendants. | No. 1:24-cv-12999 <br><br><br><br><br><br><br><br>**LOCAL RULE 40.1 CERTIFICATION OF BASIS FOR DESIGNATION OF RELATEDNESS** |

Pursuant to Local Rule 40.1(g)(5)(B), the undersigned counsel for Plaintiffs certify as follows:

This action meets the criteria of Local Rule 40.1(g)(1) for relation to *City of Fort Lauderdale Police and Firefighters' Retirement System v. Pegasystems, Inc., et al.*, Civil Action No. 1:22-cv-11220-WGY (D. Mass.) (the "Related Action") pending before the Honorable William G. Young.

This action is against the same Defendants as the Related Action thus meeting the criterion of Local Rule 40.1(g)(1)(A). This action arises from certain substantially similar issues of fact and several of the same occurrences as the Related Action, fulfilling the criterion of Local Rule 40.1(g)(1)(B)(i), (ii). This action asserts claims based on alleged misrepresentations and omissions that were asserted in the Related Action.

The Related Action has been settled, judgment has been entered, and the case has been closed. Final judgment was entered September 25, 2024. This action was filed within two years of

1

that date, as well as within two years of when the Related Action was administratively closed, and thus satisfies Local Rule 40.1(g)(4).

DATED: December 4, 2024

        EMINENCE FUND LONG MASTER, LTD., EMINENCE FUND MASTER, LTD., EMINENCE FUND II MASTER, LP, EMINENCE PARTNERS LONG II, LP, EMINENCE FUND LEVERAGED MASTER, LTD., EMINENCE PARTNERS, L.P., and EMINENCE PARTNERS II, L.P.,

By their attorneys,

/s/ Joshua M. D. Segal
Joshua M. D. Segal (BBO No. 678367)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Telephone: (617) 439-4990 x3081
Fax: (617) 439-3987
Email:  jsegal@lawson-weitzen.com

Lawrence Rolnick (pro hac vice forthcoming)
Marc B. Kramer (pro hac vice forthcoming)
Richard A. Bodnar (pro hac vice forthcoming)
ROLNICK KRAMER SADIGHI LLP
1 Pennsylvania Plaza
New York, NY 10119
Telephone: 212.597.2800
Fax: 212.597.2801
Email: lrolnick@rksllp.com
Email: mkramer@rksllp.com
Email: rbodnar@rksllp.com